UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 09-14298-CIV-GRAHAM

RAY OWENS,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Petition for Writ of Habeas Corpus Pursuant to § 2254 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate Judge issued a Report recommending the Petition be denied [D.E. 15]. Petitioner has filed objections to the Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises.

The Court finds that Petitioner's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 15] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus Pursuant to § 2254 [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of August, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
Ray Owens, Pro Se
Counsel of Record